IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ARNOLDO CEPEDA | § § | |
| vs. | § § § | C. A. NO. 5:23-cv-139 |
| JIM HOGG COUNTY SHERIFF DEPT. | § | |

## DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT

COMES NOW Jim Hogg County Sheriff's Department, Defendant in the above styled and numbered cause, and files this its Notice of Removal to Federal Court, and in support thereof would show this Court the following:

I.

This action was originally filed by Plaintiff in the 229th Judicial District Court of Jim Hogg County, Texas ("State Court") in Cause No. CC-23-132, *Arnoldo Cepeda vs. Jim Hogg County Sheriff Department,* asserting relief for violation of civil rights pursuant to 42 U.S.C. §1983 and Right to Fair Trial (6th Amendment). Thus, because the Plaintiff's claims arise out the laws of the United States, they are removable insofar as they involve a federal question. *See* 28 U.S.C. §1331, §1367, and §1441(a).

II.

This Court, therefore, has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1331, and removal to this Court with the pendent state claims is proper pursuant to 28 U.S.C. § 1441(a) and (c).

III.

This Notice of Removal is filed with this Court within (30) days after receipt of Plaintiff's Original Complaint which alleges Plaintiff's cause of action for violation of federal

law.

IV.

Promptly after filing this Notice of Removal, written notice of such filing is being provided to the State Court and given to all parties as required by law.

V.

Accompanying this Notice of Removal, pursuant to Local Rule 81 of the Southern District of Texas, are all process, pleadings, and orders served upon this Defendant and such amended pleadings and orders as are pertinent.

VI.

Defendant requests a trial by jury.

WHEREFORE, Defendant, Jim Hogg County Sheriff Department prays that the above-entitled action be removed from the 229th Judicial District Court of Jim Hogg County, Texas to the Laredo Division of the Southern District of Texas.

Respectfully submitted,

By: /s/ Patrick M. Martinez
Patrick Martinez
*Attorney-In-Charge*
Southern District ID No. 13314
State Bar No. 13143440
James McKibben
*Of Counsel*
Southern District ID No. 914
State Bar No. 13713000
*McKIBBEN, MARTINEZ, JARVIS & WOOD, L.L.P.*
1100 Tower II - 555 N. Carancahua
Corpus Christi, Texas 78401-0841
Telephone: 361.882.6611
Facsimile: 361.883.8353
jmckibben@mcv-law.com
pmartinez@mmjw-law.com

**ATTORNEYS FOR DEFENDANT,**
**JIM HOGG COUNTY SHERIFF**
**DEPARTMENT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded, *VIA ELECTRONIC FILING,* to the below listed counsel, in accordance with the Federal Rules of Civil Procedure this 6th day of December, 2023.

Via E-Mail:  ac1871911@gmail.com
& U.S. REGULAR MAIL
& U.S. CMRRR 7006 0100 0003 0998 0562
Arnoldo Cepeda
605 N. Rigma Avenue
Hebbronville, Texas 78361
(Pro Se Plaintiff)

/s/ Patrick M. Martinez
Patrick M. Martinez