United States District Court
Southern District of Texas
**ENTERED**
February 07, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| ARNOLDO CEPEDA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:23-CV-00139 |
| § | |
| JIM HOGG COUNTY SHERIFF'S § | |
| DEPARTMENT, § | |
| § | |
| Defendant. § | |

## ORDER

Defendant Jim Hogg County Sheriff's Department ("Defendant") and Plaintiff Arnoldo Cepeda ("Plaintiff") filed a Joint Stipulation of Voluntary Dismissal pursuant to Federal Rule of Appellate Procedure 42(b)(1), which the Court construes as a self-effectuating joint stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 6.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The filing is signed by counsel for all parties. (Dkt. 6 at 1.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). It notifies the Court that all parties stipulate to the voluntary dismissal of the case and that each side shall bear their own costs. (Dkt. 6 at 1.) It does not state that the dismissal is with prejudice; as such, the dismissal is without prejudice. (Dkt. 6 at 1.) *See* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this February 6, 2024.

_____
Diana Saldaña
United States District Judge

1 / 1